**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
BERNARD TARUC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD TARUC,<br><br>             Plaintiff,<br><br>     vs.<br><br>REINAS INSURANCE AGENCY, INC.;<br>SERRANO ARIAS BALDWIN PARK<br>LLC; and DOES 1 to 10,<br><br>             Defendants. | **Case No.: 2:25-cv-01294-MRA (SKx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

    **PLEASE TAKE NOTICE** that Plaintiff BERNARD TARUC ("Plaintiff")
pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses
the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)
which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66
             and any applicable federal statute, the plaintiff may dismiss an action
             without a court order by filing:

            (i)    A notice of dismissal before the opposing party serves either an
                 answer or a motion for summary judgment.

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  August 13, 2025                    **SO. CAL. EQUAL ACCESS GROUP**


By:    */s/   Jason J. Kim*
        Jason J. Kim, Esq.
        Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**